# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　　　　　Date: January 12, 2017

**BEFORE HONORABLE JUAN M. PEREZ-GIMENEZ**　　CIVIL NO. 16-1818 (PG)

COURTROOM DEPUTY: Omar Flaquer-Mendoza

===============================================================================

|  |  |
|---|---|
|  | <u>Attorneys present</u>: |
| MARIA SUAREZ-TORRES, et al. | Jose C. Velez-Colon |
| Plaintiffs, |  |
| v. |  |
| INMOBILIARIA ISLA VERDE, INC. | Jose E. Valenzuela |
| Defendants. |  |

===============================================================================

Further Status Conference held. It began at 1:48 p.m. and ended at 2:00 p.m. The parties advised the Court as to the status of the case.

• Site inspection conducted by plaintiffs' expert. Report provided to counsel for defendants.

• Counsel for defendants were granted, as requested thirty (30) days to retain an expert and to submit a report. Report shall be submitted to plaintiffs on or before February 13, 2017.

• Deposition of both plaintiffs shall be taken on or before February 28, 2017.

• Parties shall coordinate the dates for deposition of both experts.

• Simultaneous motions for summary judgment shall be filed on March 31, 2017.

　　　　　　　　　　　　　　　　　　　　　　　S/ Omar Flaquer-Mendoza
　　　　　　　　　　　　　　　　　　　　　　　Omar Flaquer-Mendoza
　　　　　　　　　　　　　　　　　　　　　　　Case Manager/Courtroom Deputy