# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                              Date: January 25, 2018

**BEFORE HONORABLE JUAN M. PEREZ-GIMENEZ**        **CIVIL NO. 16-1818 (PG)**

COURTROOM DEPUTY: Omar Flaquer-Mendoza

==========================================================================

|  |  |
|---|---|
|  | Attorneys present: |
| MARIA SUAREZ-TORRES, et al. | Jose C. Velez-Colon |
| Plaintiffs, |  |
|  |  |
| v. |  |
|  |  |
| INMOBILIARIA ISLA VERDE, INC. | Jose E. Valenzuela |
| Defendants. |  |

==========================================================================

Status Conference held. It began at 10:18 a.m. and ended at 10:22 a.m. The parties advised the Court as to the status of the case.

•   Counsel Valenzuela on behalf of defendants informed that completion of the changes to be made at Panaderia y Reposteria España to comply with ADA shall be completed within 90 days. Hence, the defendants were granted the request and shall file a motion by not later than April 27, 2018 and shall submit the pertinent documents in compliance as to the changes made at the establishment under ADA. No objection by counsel for Plaintiffs.

                                              S/ Omar Flaquer-Mendoza
                                              Omar Flaquer-Mendoza
                                              Case Manager/Courtroom Deputy