# United States Court of Appeals
## For the First Circuit

Nos. 18-1618; 18-1684

MARIA SUÁREZ-TORRES and
NORBETO MEDINA-RODRIGUEZ,

Plaintiffs, Appellants,

v.

PANADERIA Y RESPOSTERIA ESPAÑA, INC., d/b/a PANADERIA ESPAÑA
and IMMOBILIARIA ISLA VERDE, INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: February 17, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's post-judgment denial of the motion for attorney's fees and the denial of the motion to reopen are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Jose Carlos Velez-Colon, Jose Enrico Valenzuela-Alvarado